UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIANO GERMAINE HUDSON,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT NEUSCHMID,<br><br>   Defendant. | No.  2:20-cv-0483-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests the appointment of counsel.

District courts may authorize the appointment of counsel to represent an indigent civil litigant in certain exceptional circumstances. *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991); *Wood v. Housewright*, 900 F.2d 1332, 1335–36 (9th Cir.1990); *Richards v. Harper*, 864 F.2d 85, 87 (9th Cir. 1988).  In considering whether exceptional circumstances exist, the court must evaluate (1) the plaintiff's likelihood of success on the merits; and (2) the ability of the plaintiff to articulate her claims pro se in light of the complexity of the legal issues involved.  *Terrell*, 935 F.2d at 1017.  The court cannot conclude that plaintiff's likelihood of success, the complexity of the issues, or the degree of plaintiff's ability to articulate his claims amount to exceptional circumstances justifying the appointment of counsel at this time.

/////

The court notes that on April 3, 2020, plaintiff was directed to submit a signed complaint and in forma pauperis application within thirty days. The court will plaintiff an extension of time to comply with that order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for the appointment of counsel (ECF No. 11) is denied; and
2. Plaintiff shall file his signed complaint and in forma pauperis application within thirty days from the date of service of this order. Failure to comply may result in an order closing this case.

DATED: May 4, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE