UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIANO GERMAINE HUDSON,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT NEUSCHMID,<br><br>Defendant. | No. 2:20-cv-0483-EFB P<br><br><br><br>ORDER |

Toriano Hudson is a state prisoner proceeding without counsel. This action was opened when he submitted to the court an unsigned application for leave to proceed in forma pauperis and an unsigned complaint. ECF Nos. 1 & 2. On April 3, 2020, the court informed him that to properly commence a civil action, he needed to file a signed complaint and either pay the filing fee or submit a signed request leave to proceed in forma pauperis. ECF No. 10. The court also warned that his failure to properly commence an action within thirty days could result in this case being closed. *Id.* Despite affording Mr. Hudson an extension of time (ECF No. 12), he has not complied with the court's order. Without a signed complaint, there is simply no case before the court. *See* Fed. R. Civ. P. 3.

Accordingly, it hereby is ORDERED that this case be closed.

DATED: June 17, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE