UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIANO GERMAINE HUDSON, SR.,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT NEUSCHMID,<br><br>  Defendant. | Case No. 2:20-cv-00483-JDP<br><br>ORDER DIRECTING THE CLERK TO CLOSE THIS CASE |

This case has been voluntarily dismissed by plaintiff under Rule 41(a)(1)(A)(i). ECF No. 29. Thus, the clerk is directed to close this case. All other pending motions, ECF No. 28, are denied as moot.

IT IS SO ORDERED.

Dated:   November 12, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE